**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
|  | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
|  | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br>http://www.jpml.uscourts.gov |

May 7, 2008

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

**FILED**
**HARRISBURG, PA**

Re: MDL No. 1935 -- IN RE: Chocolate Confectionary Antitrust Litigation

MAY - 7 2008

(See Attached CTO-1)

MARY E. D'ANDREA, CLERK
Per _____

Dear Ms. D'Andrea:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 21, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:     Judge Christopher C. Conner
    Transferor Judges:    (See Attached List of Judges)
    Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 1 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION

MDL No. 1935

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION

MDL No. 1935

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

**CALIFORNIA CENTRAL**
| CAC | 2 | 08-295  | Marcy Linder v. The Hershey Co., et al. |
| CAC | 2 | 08-319  | Molly Wagman v. The Hershey Co., et al. |
| CAC | 2 | 08-620  | Eugenia Miceli v. The Hershey Co., et al. |
| CAC | 2 | 08-908  | Jones Vend & OCS Distributing, Inc. v. Nestle USA, Inc., et al. |
| CAC | 2 | 08-1022 | C.W. Brower, Inc. v. Nestle USA, Inc., et al. |
| CAC | 2 | 08-1079 | Russell Traub v. Cadbury Adams Canada, Inc., et al. |
| CAC | 2 | 08-1338 | Craig Stephenson v. The Hershey Co., et al. |
| CAC | 2 | 08-1341 | Kevin Tierney v. The Hershey Co., et al. |
| CAC | 2 | 08-1859 | Treat America Ltd. v. Nestle USA, Inc., et al. |

**CALIFORNIA NORTHERN**
| CAN | 3 | 08-543 | John Candido v. The Hershey Co., et al. |
| CAN | 3 | 08-674 | Lisa Blackwell v. The Hershey Co., et al. |

**MICHIGAN EASTERN**
| MIE | 2 | 08-10400 | Edward S. Hesano v. The Hershey Co., et al. |

**NEW JERSEY**
| NJ | 2 | 08-257  | D Controls, Inc. v. The Hershey Co., et al. |
| NJ | 2 | 08-258  | Setih E. Ellis, P.A. v. The Hershey Co., et al. |
| NJ | 2 | 08-259  | Marc Lavin, et al. v. The Hershey Co., et al. |
| NJ | 2 | 08-272  | Jonathan Benjamin v. The Hershey Co., et al. |
| NJ | 2 | 08-274  | Daphne Matelene v. The Hershey Co., et al. |
| NJ | 2 | 08-348  | Daniel Klein v. The Hershey Co., et al. |
| NJ | 2 | 08-499  | Ellen Widom v. The Hershey Co., et al. |
| NJ | 2 | 08-502  | Adrianne Shienvold v. The Hershey Co., et al. |
| NJ | 2 | 08-631  | Ben Lee Distributors, Inc. v. The Hershey Co., et al. |
| NJ | 2 | 08-634  | Julia Isenhower v. The Hershey Co., et al. |
| NJ | 2 | 08-706  | Isabelle Dikland v. The Hershey Co., et al. |
| NJ | 2 | 08-845  | Thomas Rode v. The Hershey Co., et al. |
| NJ | 2 | 08-869  | Royal Enterprises Corp. v. The Hershey Co., et al. |
| NJ | 2 | 08-941  | Weaver Nut Co. v. The Hershey Co., et al. |
| NJ | 2 | 08-1003 | Autry Greer & Sons, Inc., et al. v. The Hershey Co., et al. |
| NJ | 2 | 08-1537 | Cindy Elan-Mangano v. The Hershey Co., et al. |

**MDL No. 1935 - Schedule CTO-1 Tag Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

NEW YORK SOUTHERN
  NYS  1   08-910           NMJ Consultant Group, Inc. v. Cadbury Adams Canada, Inc., et al.
  NYS  1   08-1205          Canteen Vending Co. v. Cadbury Adams Canada, Inc., et al.
  ~~NYS  1   08-1548~~      ~~The Candy Jar, Inc. v. Nestle Suisse S.A., et al.~~  Vacated 5/1/08
  NYS  1   08-1570          VME Distributors, Inc. v. Cadbury Adams Canada, Inc., et al.
  NYS  1   08-1960          Card & Party Mart II Ltd. v. Cadbury Adams Canada, Inc., et al.

PENNSYLVANIA EASTERN
  PAE  2   08-368           Canteen Co. of Utica-Rome, Inc. v. The Hershey Co., et al.
  PAE  2   08-376           Donald Webster v. The Hershey Co., et al.
  PAE  2   08-772           Brookshire Brothers, Ltd. v. The Hershey Co., et al.
  PAE  2   08-810           Paula Wolner v. The Hershey Co., et al.
  PAE  2   08-942           Pitco Foods v. Cadbury Adams Canada, Inc., et al.
  PAE  2   08-1136          The Kroger Co., et al. v. Cadbury Schweppes PLC, et al.
  PAE  2   08-1155          Meijer, Inc., et al. v. The Hershey Co., et al.
  PAE  2   08-1182          Publix Super Markets, Inc. v. Cadbury Schweppes PLC, et al.
  PAE  2   08-1223          Affiliated Foods, Inc. v. The Hershey Co., et al.
  PAE  2   08-1365          CVS Pharmacy, Inc., et al. v. Cadbury Adams Canada, Inc., et al.

PENNSYLVANIA WESTERN
  PAW  2   08-414           Giant Eagle, Inc. v. The Hershey Co., et al.

TENNESSEE EASTERN
  ~~TNE  2   08-51~~        ~~Cyrus T.G., Inc., et al. v. The Hershey Co., et al.~~  Opposed 5/6/08

TEXAS EASTERN
  TXE  6   08-21            Lori Ann Hongach v. The Hershey Co., et al.
  TXE  6   08-90            Esther Naomi Lieberman v. The Hershey Co., et al.

WISCONSIN EASTERN
  WIE  2   08-131           Debra L. Damaske, et al. v. The Hershey Co., et al.